DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS GONZALEZ
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *carlos.gonzalez2@usdoj.gov*
Attorneys for the United States.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BORIS ANGUELOV AVRAMSKI,<br><br>          Plaintiff,<br>v.<br><br>UNITED STATES, et.al.,<br><br>          Defendant. | Case No. 2:12-cv-02167 |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit John J. W. Inkeles to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Inkeles is an attorney with the Department of Justice Office of Immigration Litigation, an agency of the federal government. Mr. Inkeles is a member in good standing of the State Bar of New Jersey (Bar No. 02510) and New York (Bar No. 3999199).

The following contact information is provided to the Court:

John J. W. Inkeles, Trial Attorney
USDOJ-Civil Division-Office of Immigration Litigation-District Court Section
PO Box 868, Ben Franklin Station
Washington D.C. 20044
Telephone 202-532-4209/Fax 202-305-7000
Email: john.inkeles@usdoj.gov

1  Accordingly, the United States respectfully requests that an order be issued allowing
2  John J. W. Inkeles to practice before this honorable Court.
3  DATED this 11th day of March 2013.

4                                                    Respectfully submitted,

5                                                    DANIEL G. BOGDEN
                                                   United States Attorney
6

7                                                    _____
                                                   CARLOS A. GONZALEZ
                                                   Assistant United States Attorney
8

9

10  **IT IS SO ORDERED** this 12th day of March, 2013.

11

12

13                                                 _____
                                                Gloria M. Navarro
14                                                 United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26