DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov

Attorneys for the United States.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BORIS ANGUELOV AVRAMSKI,<br><br>             Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>             Respondents. | Case No. 2:12-cv-02167<br><br>UNOPPOSED MOTION FOR 30 DAY EXTENSION OF TIME TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR WRIT OF MANDAMUS AND DECLARATORY RELIEF |

   The United States of America by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, without waiving any defenses that may be available in this case, for the reasons set forth below, the Defendants move this Court for an unopposed 30-day extension of time, from March 11, 2013, to and including April 10, 2013, by which to answer, plead, or otherwise respond to Boris Anguelov Avramski's ("Plaintiff") Petition for Writ of Mandamus and Declaratory Relief ("Complaint").

...

...

1    Plaintiff has petitioned the Court, *inter alia*, for a writ
2 of mandamus compelling the Defendants to grant his naturalization
3 application.  Defendants have been diligently preparing to
4 answer, plead, or otherwise respond to Plaintiff's Complaint by
5 March 11, 2013.  In preparation to answer, plead, or otherwise
6 respond, Defendants have been coordinating with agency counsel,
7 gathering documents, and determining their defenses.
8 Simultaneously, the parties to this action are exploring avenues
9 to resolve this litigation.
10    As the parties seek to resolve the dispute giving rise to
11 this litigation, counsel for Defendants requests an additional 30
12 days to answer, plead, or otherwise respond to Plaintiff's
13 Complaint.  Should the parties not be able to resolve this
14 matter, Defendants expect to be in position to answer, plead, or
15 otherwise respond to the Plaintiff's Complaint by April 10, 2013.
16    Counsel for the Defendants has conferred with counsel for
17 Plaintiff, Peter L. Ashman, who has no opposition to this request
18 for an extension of time.
19 ...
20 ...
21 ...
22 ...
23 ...
24 ...
25 ...
26 ...

--

Accordingly, Defendants request an extension of time, from March 11, 2013, to and including April 10, 2013, by which to answer, plead, or otherwise respond to Plaintiff's Complaint.

Dated:  March 11, 2013           Respectfully submitted,

                                 DANIEL G. BOGDEN
                                 United States Attorney

                                 //s// Carlos A. Gonzalez
                                 Assistant United States Attorney


OF COUNSEL:

STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division
DAVID J. KLINE
Office of Immigration Litigation
Director, District Court Section
SAMUEL P. GO
Office of Immigration Litigation
Senior Litigation Counsel, District Court Section
JOHN J. W. INKELES
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
Trial Attorney, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4209
Fax:  (202) 305-7000
john.inkeles@usdoj.gov
Counsel for Defendants


IT IS SO ORDERED.

DATED: March 12, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

-3-